UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DRAKE LAFAYETTE WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:17-CV-2607-G (BF) |
| GARY FITZSIMMONS, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 2, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**